UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GAIL MALONEY | CIVIL ACTION |
| VERSUS | NO. 19-10884 |
| ANDREW SAUL, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION | SECTION "R" (4) |

# ORDER

Before the Court is plaintiff Gail Maloney's motion for attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, ("EAJA").[1]  Maloney seeks fees in the amount of $3,193.75, and costs of $400.  Defendant does not oppose the entitlement to or amount of the fees, but contends that the fees are payable to plaintiff, not her attorney, and that plaintiff failed to adequately support her request for costs.[2]  The Court referred the matter to Magistrate Judge Karen Wells Roby for a report and recommendation ("R&R") pursuant to 28 U.S.C. § 636(b)(1)(B).[3]

In the R&R, Magistrate Judge Roby found that plaintiff is the prevailing party, and is therefore entitled to attorney's fees.[4]  Magistrate Judge Roby also found that the requested hourly rate for fees, $175, and the hours expended, 18.25,

---

[1]     R. Doc. 16.
[2]     R. Doc. 19.
[3]     R. Doc. 17.
[4]     R. Doc. 20 at 2.

were reasonable.[5]  As to the request for $400 in costs, Magistrate Judge Roby found that plaintiff failed to provide documentation supporting the costs, and therefore recommended denying the request.[6]

Neither party objected to the R&R.  Thus, the Court reviews it for plain error.  *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996); *see also* Fed. R. Civ. P. 72(b) advisory committee's note (1983) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.").  The Court finds no plain error.  Therefore, the Court adopts Magistrate Judge's Roby's R&R as its opinion.

Accordingly, the Court GRANTS plaintiff's motion for attorney's fees, and plaintiff is awarded reasonable attorney's fees in the amount of $3,193.75.  Plaintiff's request for $400 in costs is DENIED.

New Orleans, Louisiana, this __12th__ day of April, 2021.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[5]   *Id.* at 2-4.
[6]   *Id.* at 4.

2